1  TERRY KEARNEY, State Bar No. 160054
   CAROLINE E. WILSON, State Bar No. 241031
2  LISA K. NGUYEN, State Bar No. 244280
   JENNIFER M. MARTINEZ, State Bar No. 262081
3  MICHAEL D. K. NGUYEN, State Bar No. 264813
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone: (650) 493-9300
6  Facsimile: (650) 493-6811
   Email: tkearney@wsgr.com
7
   CINDY LIOU, State Bar No. 252161
8  ASIAN PACIFIC ISLANDER LEGAL OUTREACH
   1121 Mission Street
9  San Francisco, California 94103
   Telephone: (415) 567-6255
10 Facsimile: (415) 567-6248
   Email: cliou@apilegaloutreach.org
11
   *Attorneys for Plaintiff*
12 JANE DOE

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                         SAN FRANCISCO DIVISION

16
   JANE DOE,                              ) CASE NO.: CV 10 5154
17                                        )
              Plaintiff,                  ) **JANE DOE'S CERTIFICATION OF**
18                                        ) **INTERESTED ENTITIES OR**
         v.                               ) **PERSONS**
19                                        )
   GIUSEPPE PENZATO, an individual; and   )
20 KESIA PENZATO, an individual,          )
                                          )
21            Defendants.                 )
                                          )
22                                        )
                                          )
23 _____)

24

25

26

27

28

CERTIFICATION OF INTERESTED PARTIES        -1-

1     Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the
2 named parties, there is no such interest to report.

Respectfully submitted,

Dated: November 12, 2010      WILSON SONSINI GOODRICH & ROSATI

A Professional Corporation

By: _Terry Kearney /CEW/_
Terry Kearney (tkearney@wsgr.com)

Attorneys for Plaintiff
JANE DOE