TERRY KEARNEY, State Bar No. 160054
CAROLINE E. WILSON, State Bar No. 241031
LISA K. NGUYEN, State Bar No. 244280
JENNIFER M. MARTINEZ, State Bar No. 262081
MICHAEL D. K. NGUYEN, State Bar No. 264813
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: tkearney@wsgr.com

CINDY LIOU, State Bar No. 252161
ASIAN PACIFIC ISLANDER LEGAL OUTREACH
1121 Mission Street
San Francisco, California 94103
Telephone: (415) 567-6255
Facsimile: (415) 567-6248
Email: cliou@apilegaloutreach.org

*Attorneys for Plaintiff*
JANE DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>GIUSEPPE PENZATO, an individual; and KESIA PENZATO, an individual,<br><br>　　　　Defendants. | CASE NO.: 3:10-CV-05154-MEJ<br><br>***EX PARTE* APPLICATION TO CONTINUE INITIAL CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Judge: Hon. Maria-Elena James<br>CMC Date: February 24, 2011<br>CMC Time: 10:00 a.m. |

1  Plaintiff hereby respectfully requests that the Court continue the Initial Case Management Conference currently set for February 24, 2010, at 10:00 a.m., to allow Plaintiff to serve the complaint on Defendants.  Plaintiff filed her complaint against Defendants on November 12, 2010.  Defendants have not yet been served.  Plaintiff will attempt to serve defendants shortly.  Plaintiff anticipates that the parties will need additional time, however, to ensure compliance with the Court's August 17, 2010 Standing Order to meet and confer and to file a Joint Case Management Statement prior to the Initial Case Management Conference.  Plaintiff therefore respectfully requests a continuance of the Initial Case Management Conference until an appropriate date after Plaintiff has successfully served the complaint on Defendants.

Dated:  January 19, 2011

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

By:  /s/ Terry Kearney
      Terry Kearney (tkearney@wsgr.com)

Attorneys for Plaintiff
JANE DOE

## **ORDER**

Good cause having been shown:

IT IS ORDERED that the Initial Case Management Conference currently scheduled for February 24, 2011, at 10:00 a.m. is hereby continued to April 21, 2011 at 10:00 a.m.  All dates are adjusted accordingly.

Dated: January 20, 2011

By: _____
The Honorable Maria-Elena James
United States Magistrate Judge