1  TERRY KEARNEY, State Bar No. 160054
   CAROLINE E. WILSON, State Bar No. 241031
2  LISA K. NGUYEN, State Bar No. 244280
   JENNIFER M. MARTINEZ, State Bar No. 262081
3  MICHAEL D. K. NGUYEN, State Bar No. 264813
   WILSON SONSINI GOODRICH & ROSATI
4  Professional Corporation
   650 Page Mill Road
5  Palo Alto, CA 94304-1050
   Telephone:  (650) 493-9300
6  Facsimile:   (650) 493-6811
   Email:  tkearney@wsgr.com
7
   CINDY LIOU, State Bar No. 252161
8  ASIAN PACIFIC ISLANDER LEGAL OUTREACH
   1121 Mission Street
9  San Francisco, California  94103
   Telephone: (415) 567-6255
10 Facsimile: (415) 567-6248
   Email: cliou@apilegaloutreach.org
11
   *Attorneys for Plaintiff*
12 JANE DOE

13 MIA S. BLACKLER, State Bar. No. 188112
   BUCHALTER NEMER
14 A Professional Corporation
   333 Market Street, 25th Floor
15 San Francisco, CA 94105-2126
   Telephone: (415) 227-0900
16 Facsimile: (415) 227-0770
   Email: mblackler@buchalter.com
17
   *Attorneys for Defendants*
18 GIUSEPPE PENZATO and KESIA PENZATO

19
                    UNITED STATES DISTRICT COURT
20
                   NORTHERN DISTRICT OF CALIFORNIA
21

22 | JANE DOE, | ) CASE NO.:  3:10-cv-05154-MEJ |
   |---|---|
23 | Plaintiff, | ) **JOINT STIPULATION AND** ~~**[PROPOSED]**~~ **ORDER GRANTING** |
24 | v. | ) **PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL** |
25 | GIUSEPPE PENZATO, an individual; KESIA PENZATO, an individual, | ) **PLAINTIFF'S DECLARATION IN SUPPORT OF MOTION FOR** |
26 | Defendants. | ) **PROTECTIVE ORDER AND TO PROCEED UNDER A PSEUDONYM** |
27
28

**JOINT STIPULATION AND [PROPOSED] ORDER GRANTING PLAINTIFF'S ADMINISTRATIVE MOTION TO FILE UNDER SEAL PLAINTIFF'S DECLARATION**           -1-

1  Pursuant to United States District Court for the Northern District of California Civil
2  Local Rules 7-11 and 7-12, the parties hereto, Plaintiff Jane Doe and Defendants Giuseppe
3  Penzato and Kesia Penzato, by and through their respective counsel of record, hereby stipulate
4  that Plaintiff's Declaration in Support of Plaintiff's Motion for Protective Order and to Proceed
5  under a Pseudonym ("Plaintiff's Declaration") is conditionally sealable pending the outcome of
6  Plaintiff's Motion for Protective Order and to Proceed Under a Pseudonym ("Motion for
7  Protective Order").  The parties acknowledge that Defendants' agreement to conditionally seal
8  Plaintiff's Declaration in no way constitutes Defendants' consent to Plaintiff proceeding under a
9  pseudonym in this litigation, nor have Defendants waived any right or argument that they may
10 have to oppose Plaintiff's Motion for Protective Order.  If Plaintiff's Motion for Protective Order
11 is granted, the parties agree Plaintiff's Declaration shall remain under seal.  If Plaintiff's Motion
12 for Protective Order is denied, the parties agree Plaintiff's Declaration shall be unsealed and
13 placed in the public record, and that Plaintiff will undertake all efforts required, if any, to unseal
14 her Declaration.

16 Dated: March 23, 2011                                  WILSON SONSINI GOODRICH & ROSATI
17                                                       A Professional Corporation

19                                                       By: /s/Caroline E. Wilson
                                                             Caroline E. Wilson

20                                                       Attorneys for Plaintiff
                                                         JANE DOE

22                                                       BUCHALTER NEMER
23                                                       A Professional Law Corporation

25                                                       By: /s/ Mia S. Blackler
                                                             Mia S. Blackler

26                                                       Attorneys for Defendants
27                                                       GIUSEPPE PENZATO and KESIA
                                                         PENZATO
28

JOINT STIPULATION AND [PROPOSED] ORDER                   -2-
GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL PLAINTIFF'S
DECLARATION

## DECLARATION OF CONSENT

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of this document was obtained from each of the other signatories.

Dated: March 23, 2011                                        By:  /s/ Caroline E. Wilson
                                                                               Caroline E. Wilson

## [PROPOSED] ORDER

Having considered the papers filed in connection with Jane Doe's Administrative Motion to File Under Seal Plaintiff's Declaration in Support of Motion for Protective Order and to Proceed Under a Pseudonym and for good cause shown, IT IS HEREBY ORDERED that the motion is GRANTED.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: ~~March~~ April 8 __, 2011                    By: _____
                                                                          Maria-Elena James
                                                                          United States Magistrate Judge

JOINT STIPULATION AND [PROPOSED] ORDER            -3-
GRANTING PLAINTIFF'S ADMINISTRATIVE
MOTION TO FILE UNDER SEAL PLAINTIFF'S
DECLARATION