MATTHEW R. REED, State Bar No. 196305
CAROLINE E. WILSON, State Bar No. 241031
LISA K. NGUYEN, State Bar No. 244280
JENNIFER M. MARTINEZ, State Bar No. 262081
MICHAEL D. K. NGUYEN, State Bar No. 264813
TRACY D. RUBIN, State Bar No. 267420
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: mreed@wsgr.com

CINDY LIOU, State Bar No. 252161
ASIAN PACIFIC ISLANDER LEGAL OUTREACH
1121 Mission Street
San Francisco, California  94103
Telephone: (415) 567-6255
Facsimile: (415) 567-6248
Email: cliou@apilegaloutreach.org

*Attorneys for Plaintiff*
JANE DOE

MIA S. BLACKLER, State Bar. No. 188112
BUCHALTER NEMER
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: mblackler@buchalter.com

*Attorneys for Defendants*
GIUSEPPE PENZATO and KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>    v.<br><br>GIUSEPPE PENZATO, an individual; and KESIA PENZATO, an individual,<br><br>    Defendants. | CASE NO.: 3:10-CV-05154-MEJ<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF JANE DOE TO RESPOND TO DEFENDANTS' ANSWER** |

1   Pursuant to Civil Local Rules 6-1(b) and 6-2, Plaintiff Jane Doe[1] ("Plaintiff") and
2   Defendants Giuseppe Penzato and Kesia Penzato ("Defendants"), by and through their respective
3   counsel of record, hereby submit this stipulated request to enlarge time for Plaintiff to file certain
4   motions responsive to Defendants' Answer:
5   　　WHEREAS Plaintiff filed her Complaint on November 12, 2010;
6   　　WHEREAS the parties previously stipulated that Defendants would have until March 29,
7   2011 to answer or respond to Plaintiff's Complaint;
8   　　WHEREAS Defendants filed and served their Answer on March 29, 2011;
9   　　WHEREAS Plaintiff currently has until April 22, 2011 to file certain motions responsive
10  to Defendants' Answer;
11  　　WHEREAS the parties are in the process of meeting and conferring in an attempt to
12  resolve issues pertaining to Defendants' Answer;
13  　　WHEREAS allowing an opportunity for the parties to resolve these issues prior to the
14  filing of Plaintiff's responsive motions would promote judicial efficiency;
15  　　WHEREAS allowing an additional week for Plaintiff to file certain motions responsive to
16  Defendants' Answer will not alter the date of any event or deadline already fixed by this Court;
17  　　NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties,
18  through their respective counsel, that Jane Doe shall have until April 29, 2011 to file any motions
19  responsive to Defendants' Answer previously due on April 22, 2011.

---

[1] The parties acknowledge that Defendants' agreement to Plaintiff's use of "Jane Doe" in this filing in no way constitutes Defendants' consent to Plaintiff proceeding under a pseudonym in this litigation, nor have Defendants waived any argument that they may have to oppose Plaintiff's Motion for Protective Order

1  Dated: April 22, 2011

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

By: s/Caroline Wilson
     Caroline E. Wilson

Attorneys for Plaintiff
JANE DOE

BUCHALTER NEMER
A Professional Corporation

By: s/Mia S. Blackler
     Mia S. Blackler

Attorneys for Defendants
GUISEPPE PENZATO and KESIA PENZATO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiff shall have until April 29, 2011 to file any motions responsive to Defendants' Answer previously due on April 22, 2011.

DATED: April 26, 2011  _____

The Honorable Maria-Elena James
United States Magistrate Judge

## **DECLARATION OF CONSENT**

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of this document was obtained from each of the other signatories.

Dated: April 22, 2011                                  By: s/ Caroline Wilson
                                                                    Caroline E. Wilson