| | |
|---|---|
| 1 | MATTHEW R. REED, State Bar No. 196305 |
| 2 | CAROLINE E. WILSON, State Bar No. 241031<br>JENNIFER M. MARTINEZ, State Bar No. 262081 |
| 3 | MICHAEL D. K. NGUYEN, State Bar No. 264813<br>TRACY D. RUBIN, State Bar No. 267420 |
| 4 | WILSON SONSINI GOODRICH & ROSATI<br>Professional Corporation |
| 5 | 650 Page Mill Road<br>Palo Alto, CA 94304-1050 |
| 6 | Telephone:  (650) 493-9300<br>Facsimile:  (650) 493-6811 |
| 7 | Email:  mreed@wsgr.com |
| 8 | CINDY LIOU, State Bar No. 252161<br>ASIAN PACIFIC ISLANDER LEGAL OUTREACH |
| 9 | 1121 Mission Street<br>San Francisco, California  94103 |
| 10 | Telephone: (415) 567-6255<br>Facsimile: (415) 567-6248 |
| 11 | Email: cliou@apilegaloutreach.org |
| 12 | *Attorneys for Plaintiff*<br>JANE DOE |
| 13 | MIA S. BLACKLER, State Bar. No. 188112 |
| 14 | BUCHALTER NEMER<br>A Professional Corporation |
| 15 | 333 Market Street, 25th Floor<br>San Francisco, CA 94105-2126 |
| 16 | Telephone: (415) 227-0900<br>Facsimile: (415) 227-0770 |
| 17 | Email: mblackler@buchalter.com |
| 18 | *Attorneys for Defendants*<br>GIUSEPPE PENZATO and KESIA PENZATO |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| JANE DOE,<br><br>            Plaintiff,<br><br>      v.<br><br>GIUSEPPE PENZATO, an individual; and<br>KESIA PENZATO, an individual,<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.:  3:10-CV-05154-MEJ<br><br>**STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME FOR THE PARTIES TO FILE, SERVE, AND NOTICE DISPOSITIVE MOTIONS AND TO CONTINUE THE DEADLINE FOR HEARING DISPOSITIVE MOTIONS** |

STIPULATED REQUEST AND [PROPOSED] ORDER
TO ENLARGE TIME FOR THE PARTIES TO FILE
DISPOSITIVE MOTIONS AND TO CONTINUE THE
DEADLINE FOR HEARING DISPOSITIVE MOTIONS

3:10-CV-05154-MEJ

Pursuant to Civil Local Rules 6-1(b), 6-2, and 7-2 Plaintiff Jane Doe[1] ("Plaintiff") and Defendants Giuseppe Penzato and Kesia Penzato ("Defendants"), by and through their respective counsel of record, hereby submit this stipulated request to enlarge time for the parties to file, serve, and notice any dispositive motions and to continue the deadline for hearing dispositive motions:

WHEREAS Plaintiff filed her Complaint on November 12, 2010;

WHEREAS the parties previously stipulated that Defendants would have until March 29, 2011 to answer or respond to Plaintiff's Complaint;

WHEREAS the parties previously stipulated and this Court ordered that Plaintiff would have until April 29, 2011 to file any motions responsive to Defendants' Answer previously due on April 22, 2011;

WHEREAS by Order dated April 14, 2011 this Court set December 1, 2011 and January 5, 2012, respectively, as the deadlines for the parties' dispositive motions, and this Court's hearing on those motions;

WHEREAS Plaintiff's counsel has a previously scheduled arbitration hearing in December 2011 that conflicts with these deadlines;

WHEREAS extending these deadlines by six weeks will alter the dates regarding the parties' dispositive motions, but will not alter the date of any other event or deadline already fixed by this Court;

NOW, THEREFORE, the undersigned parties, through their respective counsel, hereby stipulate and agree as follows:

1. All dispositive motions shall be filed, served, and noticed by January 12, 2012, or some later date as is convenient for the Court.

---

[1] The parties acknowledge that Defendants' agreement to Plaintiff's use of "Jane Doe" in this filing in no way constitutes Defendants' consent to Plaintiff proceeding under a pseudonym in this litigation, nor have Defendants waived any argument that they may have to oppose Plaintiff's Motion for a Protective Order.

STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME FOR THE PARTIES TO FILE DISPOSITIVE MOTIONS AND TO CONTINUE THE DEADLINE FOR HEARING DISPOSITIVE MOTIONS -1- 3:10-CV-05154-MEJ

2. The January 5, 2012 deadline for hearing dispositive motions shall be removed from the calendar and continued until February 16, 2012, or some later date as is convenient for the Court.

3. Deadlines for any Opposition or Reply motions will be set in accordance with the Civil Local Rules and the Federal Rules of Civil Procedure.

Dated: April 29, 2011

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

By: s/ Matthew R. Reed
     Matthew R. Reed

Attorneys for Plaintiff
JANE DOE


BUCHALTER NEMER
A Professional Corporation

By: s/ Mia S. Blackler
     Mia S. Blackler

Attorneys for Defendants
GUISEPPE PENZATO and KESIA PENZATO

## ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that all dispositive motions shall be filed, served, and noticed by January 12, 2012. The Court shall hear dispositive motions on February 16, 2012 at 10:00 a.m.

DATED: May 2, 2011

_____
The Honorable Maria-Elena James
United States Magistrate Judge

## DECLARATION OF CONSENT

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of this document was obtained from each of the other signatories.

Dated: April 29, 2011        By: s/Caroline Wilson
                                  Caroline Wilson