MATTHEW R. REED, State Bar No. 196305
CAROLINE E. WILSON, State Bar No. 241031
JENNIFER M. MARTINEZ, State Bar No. 262081
MICHAEL D. K. NGUYEN, State Bar No. 264813
TRACY D. RUBIN, State Bar No. 267420
WILSON SONSINI GOODRICH & ROSATI
Professional Corporation
650 Page Mill Road
Palo Alto, CA 94304-1050
Telephone: (650) 493-9300
Facsimile: (650) 493-6811
Email: mreed@wsgr.com

CINDY LIOU, State Bar No. 252161
ASIAN PACIFIC ISLANDER LEGAL OUTREACH
1121 Mission Street
San Francisco, California 94103
Telephone: (415) 567-6255
Facsimile: (415) 567-6248
Email: cliou@apilegaloutreach.org

*Attorneys for Plaintiff*
JANE DOE

MIA S. BLACKLER, State Bar. No. 188112
BUCHALTER NEMER
A Professional Corporation
333 Market Street, 25th Floor
San Francisco, CA 94105-2126
Telephone: (415) 227-0900
Facsimile: (415) 227-0770
Email: mblackler@buchalter.com

*Attorneys for Defendants*
GIUSEPPE PENZATO and KESIA PENZATO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE, <br><br> Plaintiff, <br><br> v. <br><br> GIUSEPPE PENZATO, an individual; and KESIA PENZATO, an individual, <br><br> Defendants. | CASE NO.: 3:10-CV-05154-MEJ <br><br> **STIPULATION FOR DEFENDANTS TO AMEND THEIR ANSWER AND STIPULATED REQUEST AND ~~[PROPOSED]~~ ORDER TO ENLARGE TIME FOR PLAINTIFF JANE DOE TO RESPOND TO DEFENDANTS' ANSWER** |

STIPULATION FOR DEFENDANTS TO AMEND THEIR ANSWER AND STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO RESPOND

3:10-CV-05154-MEJ

1    Pursuant to Civil Local Rules 6-1(b) and 6-2, and Federal Rule of Civil Procedure
2    15(a)(2), Plaintiff Jane Doe[1] ("Plaintiff") and Defendants Giuseppe Penzato and Kesia Penzato
3    ("Defendants"), by and through their respective counsel of record, hereby stipulate that
4    Defendants may amend their Answer and hereby submit this stipulated request to enlarge time
5    for Plaintiff to file certain motions responsive to Defendants' Answer:
6        WHEREAS Plaintiff filed her Complaint on November 12, 2010;
7        WHEREAS the parties previously stipulated that Defendants would have until March 29,
8    2011 to answer or respond to Plaintiff's Complaint;
9        WHEREAS Defendants filed and served their Answer on March 29, 2011;
10       WHEREAS the parties previously stipulated and this Court ordered that Plaintiff would
11   have until April 29, 2011 to file any motions responsive to Defendants' Answer previously due
12   on April 22, 2011;
13       WHEREAS the parties have agreed that Defendants shall amend Defendants' Answer as
14   to certain affirmative defenses;
15       WHEREAS allowing an opportunity for Defendants to amend their Answer would
16   promote judicial efficiency;
17       WHEREAS allowing an additional week and a half for Plaintiff to file certain motions
18   responsive to Defendants' Answer will not alter the date of any event or deadline already fixed
19   by this Court;
20       NOW, THEREFORE, the undersigned parties, through their respective counsel, hereby
21   stipulate and agree as follows:
22       1.   Defendants shall file and serve an amended Answer to the Complaint by no later
23   than May 6, 2011; and

---

[1] The parties acknowledge that Defendants' agreement to Plaintiff's use of "Jane Doe" in this filing in no way constitutes Defendants' consent to Plaintiff proceeding under a pseudonym in this litigation, nor have Defendants waived any argument that they may have to oppose Plaintiff's Motion for a Protective Order.

STIPULATION FOR DEFENDANTS TO AMEND THEIR ANSWER AND STIPULATED REQUEST AND [PROPOSED] ORDER TO ENLARGE TIME FOR PLAINTIFF TO RESPOND   -1-   3:10-CV-05154-MEJ

1    2.    If Defendants fail to file and serve their amended Answer by May 6, 2011,
2 Plaintiff shall have until May 10, 2011 to file any motions responsive to Defendants' Answer
3 previously due on April 29, 2011.

Dated: April 29, 2011

WILSON SONSINI GOODRICH & ROSATI
A Professional Corporation

By: s/ Matthew R. Reed
     Matthew R. Reed

Attorneys for Plaintiff
JANE DOE


BUCHALTER NEMER
A Professional Corporation

By: s/ Mia S. Blackler
     Mia S. Blackler

Attorneys for Defendants
GUISEPPE PENZATO and KESIA PENZATO

ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: May 2, 2011 _____
The Honorable Maria-Elena James
United States Magistrate Judge

## DECLARATION OF CONSENT

Pursuant to General Order 45, the undersigned certifies that concurrence in the filing of this document was obtained from each of the other signatories.

Dated: April 29, 2011                    By: s/ Caroline Wilson
                                              Caroline Wilson