

**BuchalterNemer**
A Professional Law Corporation

333 MARKET STREET, 25TH FLOOR, SAN FRANCISCO, CALIFORNIA 94105-2126
TELEPHONE (415) 227-0900 / FAX (415) 227-0770

File Number: P3353-0002
Direct Dial Number: (415) 227-3543
Direct Facsimile Number: (415) 227-3541
E-Mail Address: *mblackler@buchalter.com*

May 25, 2011

The Honorable Donna M. Ryu
United States District Court for the Northern District of California
1301 Clay Street, Courtroom 4 – 3rd Floor
Oakland, California 94612

Re:   *Jane Doe v. Giuseppe Penzato, et al.*
United States District Court for the Northern District of California civil action no. 3:10-cv-05154-MEJ

Dear Judge Ryu:

This office represents Defendants Giuseppe Penzato and Kesia Penzato in the above-referenced matter, in which Your Honor will preside over the settlement conference. The Court's assistant, Ivy Garcia, has previously provided the parties with dates on which the Court is available to conduct the settlement conference.

Counsel for Plaintiff, Caroline Wilson, and I have conferred about the dates for the conference, and both June 27 and 28, 2011 are available to us and our respective clients subject to the following.

On all of the dates in late June and July that the Court suggested, Defendant Kesia Penzato will be out of the country. I have discussed her absence with Ms. Wilson, who confirms that Plaintiff has no objection to Ms. Penzato being excused from appearing at the conference so long as Mr. Penzato will come to the conference with full authority to settle the case. Defendants are agreeable to this condition.

Given the above, we respectfully request that the Court set the settlement conference for June 27 or 28, 2011, and excuse Ms. Penzato from personally attending the conference. If this is not acceptable to the Court, however, then we respectfully request that the Court provide additional dates on which the settlement conference can occur.

Very truly yours,

BUCHALTER NEMER
A Professional Corporation

By *[signature]*

Mia S. Blackler

Los Angeles • Orange County • San Francisco • Scottsdale