**United States District Court**
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JANE DOE,

        Plaintiff,

    v.

GIUSEPPE PENZATO,

        Defendants.

_____/

No. C-10-05154 MEJ (DMR)

**ORDER VACATING SETTLEMENT
CONFERENCE**

TO ALL PARTIES AND COUNSEL OF RECORD:

    The settlement conference scheduled for June 27, 2011 at 10:00 a.m. is hereby VACATED.

    IT IS SO ORDERED.

Dated: June 24, 2011

_____
DONNA M. RYU
United States Magistrate Judge