UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | No. C-10-05154 MEJ (DMR) |
|     Plaintiff, | **ORDER VACATING SETTLEMENT CONFERENCE** |
| v. | |
| GIUSEPPE PENZATO, | |
|     Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

The settlement conference scheduled for June 27, 2011 at 10:00 a.m. is hereby VACATED.

IT IS SO ORDERED.

Dated: June 24, 2011

DONNA M. RYU
United States Magistrate Judge