

Wilson Sonsini Goodrich & Rosati
PROFESSIONAL CORPORATION

July 20, 2011

Hon. Maria-Elena James
Chief Magistrate Judge, United States District Court
San Francisco Courthouse, Courtroom B
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

Re:   *Doe v. Penzato*, Case No. 3:10-cv-05154 MEJ (DMR) (N.D. Cal.)

Dear Judge James:

I write to inform the Court that a criminal proceeding has been initiated against the Defendants in the above-captioned civil matter. A copy of the criminal complaint is attached hereto. Defendants have been charged under 18 U.S.C. § 1589, and the criminal proceedings arise out of the same occurrence that is at issue in this action.

In the above-captioned action, Plaintiff has alleged Defendants violated 18 U.S.C. § 1589, a civil cause of action for which arises under 18 U.S.C. § 1595. Title 18 U.S.C. § 1595(b) also states: "Any civil action filed under this section shall be stayed during the pendency of any criminal action arising out of the same occurrence in which the claimant is the victim." The stay pursuant to Section 1595(b) is typically applied to the entire civil action. *See, e.g., Antonio-Morales v. Bimbo's Best Produce, Inc.*, No. Civ.A.8:5105, 2009 WL 1591172 (E.D. La. April 20, 2009); *Ara v. Khan*, No. CV 07-1251, 2007 WL 1726456, at *1 (E.D.N.Y. June 14, 2007).

Thank you for your consideration of this matter.

Very truly yours,

WILSON SONSINI GOODRICH & ROSATI
Professional Corporation

Matthew R. Reed

Enclosure
cc: Mia Blackler, Esq., counsel for Defendants (via electronic mail)