1  MATTHEW R. REED, State Bar No. 196305
   CAROLINE E. WILSON, State Bar No. 241031
2  JENNIFER M. MARTINEZ, State Bar No. 262081
   TRACY D. RUBIN, State Bar No. 267420
3  WILSON SONSINI GOODRICH & ROSATI
   Professional Corporation
4  650 Page Mill Road
   Palo Alto, CA 94304-1050
5  Telephone: (650) 493-9300
   Facsimile: (650) 565-5100
6  Email: mreed@wsgr.com

7  *Attorneys for Plaintiff*
   JANE DOE

**GRANTED**
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| JANE DOE, | ) | CASE NO.: 3:10-cv-05154-MEJ |
|---|---|---|
| Plaintiff, | ) | **WILSON SONSINI GOODRICH & ROSATI'S NOTICE AND MOTION FOR WITHDRAWAL** |
| v. | ) | |
| GIUSEPPE PENZATO, an individual; and KESIA PENZATO, an individual, | ) | |
| Defendants. | ) | |

WSGR NOTICE AND MOTION FOR
WITHDRAWAL
CASE NO. 3:10-cv-05154-MEJ

Pursuant to Civil Local Rule 11-5, Wilson Sonsini Goodrich & Rosati ("WSGR"), counsel to Plaintiff Jane Doe ("Plaintiff"), requests an order from the Court permitting WSGR to withdraw as counsel to Plaintiff, including the withdrawal of Matthew R. Reed, Caroline E. Wilson, Jennifer M. Martinez, Michael Nguyen, and Tracy D. Rubin.

WSGR has given notice of its intent to withdraw to all parties in this case, and Plaintiff consents to the withdrawal. Plaintiff will continue to be represented by another law firm, Latham & Watkins LLP, and by the Asian Pacific Islander Legal Outreach. Lisa Nguyen of Latham & Watkins and Cindy Liou of Asian Pacific Islander Legal Outreach have entered an appearance on behalf of Plaintiff. Therefore, WSGR's withdrawal will not prejudice any party.

Dated: July 9, 2012                                WILSON SONSINI GOODRICH & ROSATI
                                                   Professional Corporation


                                                   By:    /s/ Matthew R. Reed
                                                          Matthew R. Reed


Having reviewed and considered the Notice and Motion for Withdrawal, and finding good cause therefore, Wilson Sonsini Goodrich & Rosati's withdrawal from the matter *Jane Doe v. Guiseppe Penzato and Kesia Penzato*, Case No. 3:10-cv-05154-MEJ, is hereby permitted.

IT IS SO ORDERED.


Dated: July 11, 2012


                                                   _____
                                                   The Honorable Maria-Elena James
                                                   United States Magistrate Judge