# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br>  v.<br><br>GIUSEPPE PENZATO, an individual; KESIA PENZATO, al individual,<br><br>    Defendants.<br>_____/ | No. CV10-5154 MEJ<br><br>**ORDER REFERRING PARTIES TO MAGISTRATE JUDGE CORLEY FOR A SETTLEMENT CONFERENCE** |

The parties are hereby ORDERED to attend a settlement conference with Magistrate Judge Jacqueline Corley on May 20, 2013.

**IT IS SO ORDERED.**

Dated: May 16, 2013

_____
Maria-Elena James
United States Magistrate Judge