TERRY KEARNEY, State Bar No. 160054
LISA K. NGUYEN, State Bar No. 244280
LILLY T. FANG, State Bar No. 286105
W. RILEY LOCHRIDGE, State Bar No. 288042
CHRISTOPHER M. REILLY, State Bar No. 288419
LATHAM & WATKINS LLP
140 Scott Drive
Menlo Park, California 94025
Telephone: 650.328.4600
Facsimile: 650.463.2600
Email: penzatolitigation.lwteam@lw.com

LINDA M. INSCOE, State Bar No. 125194
TIMOTHY P. CRUDO, State Bar No. 143835
VANESSA C. WU, State Bar No. 274336
LATHAM & WATKINS LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone: 415.391.0600
Facsimile: 415.395.8095
Email: penzatolitigation.lwteam@lw.com

CINDY LIOU, State Bar No. 252161
KHANH NGUYEN, State Bar No. 253473
ASIAN PACIFIC ISLANDER LEGAL OUTREACH
1121 Mission Street
San Francisco, CA 94103
Telephone: 415.567.6255
Facsimile: 415.567.6248
Email: cliou@apilegaloutreach.org

Attorneys for Plaintiff
JANE DOE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| JANE DOE,<br><br>    Plaintiff,<br><br>  v.<br><br>GIUSEPPE PENZATO, an individual; and<br>KESIA PENZATO, an individual,<br><br>    Defendants. | CASE NO. 3:10-CV-05154-MEJ-DMR<br><br>**PLAINTIFF'S MOTION TO LIFT STAY** |

On July 22, 2011, the Court entered a stay in this matter pending a criminal proceeding initiated against Defendants pursuant to Title 18 U.S.C. § 1595(b). A judgment was entered in that criminal proceeding on May 23, 2013, and that case has now been terminated. Accordingly, Plaintiff Jane Doe respectfully moves the Court to lift the stay entered in this matter.

Plaintiff has met and conferred with the Defendants. Defendants oppose this motion.

Dated: October 2, 2013

Respectfully submitted,

LATHAM & WATKINS LLP

By /s/ Terry Kearney
TERRY KEARNEY
Attorney for Plaintiff
JANE DOE