1

2

3

4                    UNITED STATES  DISTRICT COURT

5                      Northern District of California

6

7    JANE DOE,                              No. C 10-05154 MEJ

8              Plaintiff,                   **ORDER RE PLAINTIFF'S MOTION
                                            TO LIFT STAY**
9         v.                                [Dkt. No. 65]

     GIUSEPPE PENZATO, *et al*.,
10
               Defendants.
11   _____/

12

13        On July 22, 2011, the Court entered a stay in this matter pending the resolution of a criminal

14   proceeding initiated against Defendants pursuant to 18 U.S.C. 1595(b).  Dkt. No. 56.

15        On October 2, 2013, Plaintiff filed a Motion to Lift Stay, indicating that a judgment was

16   entered in the criminal proceeding on May 23, 2013, and the criminal action has now been

17   terminated.  Dkt. No. 65.  Plaintiff therefore requests that the Court lift the stay.  Plaintiff also

18   indicated that she has met and conferred with Defendants and Defendants oppose the Motion.  *Id*. at

19   2.  To date, Defendants have not filed an opposition.  Accordingly, the Court **ORDERS** as follows:

20   Defendants shall have until November 8, 2013, to file a response to Plaintiff's Motion.  If

21   Defendants file an opposition, Plaintiff shall have until November 15, 2013, to file a reply; if

22   Defendants fail to respond, Plaintiff shall file a notice of no-opposition by November 15, 2013.

23        **IT IS SO ORDERED.**

24

25   Dated: November 1, 2013

26                                           _____
                                             Maria-Elena James
27                                           United States Magistrate Judge

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**