UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| JANE DOE,<br><br>            Plaintiff,<br>  v.<br>GIUSEPPE PENZATO, *et al*.,<br><br>            Defendants.<br>_____/ | No. C 10-05154 MEJ<br><br>**ORDER FOR PARTIES TO FILE**<br>**JOINT STATUS REPORT** |

On November 18, 2013, the Court granted Plaintiff's request to lift the stay of this matter. Dkt. No. 76. The Court now **ORDERS** the parties to file a joint status report by December 9, 2013.

**IT IS SO ORDERED.**

Dated: November 18, 2013

_____
Maria-Elena James
United States Magistrate Judge