1  TERRY KEARNEY State Bar No. 160054
   LISA K. NGUYEN, State Bar No. 244280
2  LILLY T. FANG, State Bar No. 286105
   RILEY W. LOCHRIDGE, State Bar No. 288042
3  CHRISTOPHER M. REILLY, State Bar No. 288419
   LATHAM & WATKINS LLP
4  140 Scott Drive
   Menlo Park, California  94025
5  Telephone:  650.328.4600
   Facsimile:  650.463.2600
6  Email: penzatolitigation.lwteam@lw.com

7  LINDA M. INSCOE, State Bar No. 125194
   TIMOTHY P. CRUDO, State Bar No. 143835
8  VANESSA C. WU, State Bar No.  274336
   LATHAM & WATKINS LLP
9  505 Montgomery Street, Suite 2000
   San Francisco, CA 94111
10 Telephone:  415.391.0600
   Facsimile:  415.395.8095
11 Email: penzatolitigation.lwteam@lw.com

12 CINDY LIOU, State Bar No. 252161
   KHANH NGUYEN, State Bar No. 253473
13 ASIAN PACIFIC ISLANDER LEGAL OUTREACH
   1121 Mission Street
14 San Francisco, CA 94103
   Telephone: 415.567.6255
15 Facsimile: 415.567.6248
   Email: cliou@apilegaloutreach.org
16
   Attorneys for Plaintiff
17 JANE DOE

18                    UNITED STATES DISTRICT COURT

19                    NORTHERN DISTRICT OF CALIFORNIA

20                          SAN FRANCISCO DIVISION

21
   | | |
   |---|---|
   | JANE DOE, | CASE NO. 3:10-CV-05154-MEJ-DMR |
   | Plaintiff, | **STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE** |
   | v. | Judge: Hon. Maria-Elena James |
   | GUISEPPE PENZATO, an individual; and KESIA PENZATO, an individual, | |
   | Defendants. | |
   | AND RELATED COUNTERCLAIMS | |

1   Plaintiff Jane Doe and Defendants Giuseppe Penzato and Kesia Penzato (collectively, the
2   "Parties"), by and through their respective attorneys, respectfully submit this Stipulation for
3   Dismissal. The Parties have entered into a Settlement Agreement requiring the filing of this
4   Stipulation and [Proposed] Order for Dismissal with Prejudice.

5   Accordingly, pursuant to Fed.R.Civ.P. 41(a)(1), the Parties hereby stipulate as follows:

6   1.  All claims by Plaintiff against Defendants in the above-captioned action are
7   dismissed with prejudice.

8   2.  All counterclaims by Defendants against Plaintiff in the above-captioned action
9   are dismissed with prejudice.

10  3.  All Parties shall bear their own attorneys' fees, expenses, and costs incurred in
11  this litigation.

12  IT IS SO STIPULATED.

13  Dated: December 6, 2013                Respectfully submitted,

14                                          LATHAM & WATKINS LLP

15                                          By /s/ Terry Kearney
                                              TERRY KEARNEY
16                                            Attorney for Plaintiff
                                              JANE DOE

18  Dated: December 6, 2013                Respectfully submitted,

19                                          BUCHALTER NEMER

20                                          By /s/ Mia S. Blacker
                                              MIA S. BLACKLER
21                                            Attorney for Defendants
                                              GIUSEPPE PENZATO AND KESIA
22                                            PENZATO

23  Pursuant to General Order 45.X, I, Terry Kearney, attest that Mia S. Blackler concurs in this filing.

24                          *   *   *

25  PURSUANT TO STIPULATION, IT IS SO ORDERED.

27  Dated: December 6, 2013                _____
28                                          The Honorable Maria-Elena James
                                            United States District Court Magistrate Judge